FILED
CLERK, U.S. DISTRICT COURT

January 4, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KELSEY LOHRMANN, | No. CV 20-3415 SB (AFMx) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

    Pursuant to the parties' Stipulation to Dismiss Entire Case with Prejudice, this action is hereby DISMISSED in its entirety and WITH PREJUDICE.  IT IS SO ORDERED AND ADJUDGED.

Dated:     1/4/2021

_____
UNITED STATES DISTRICT JUDGE